UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TUERPE,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK SLOOTMAN, et al.,<br><br>    Defendants. | Case No. 24-cv-02502-RS<br><br>**ORDER RELATING CASES** |

The parties to this action and the parties to *Brewitz v. Slootman*, *et al*., Case No. 3:24-cv-04705 HSG have filed a stipulation to consolidate the two cases, to appoint lead co-counsel, and thereafter to apply the existing stay in this action to the consolidated matter. The stipulation to consolidate will be deemed to include a request that the *Brewitz* case be related hereto under Civil Local Rule 3-12, and that request is hereby granted. Once *Brewitz* has been formally reassigned to the undersigned, the parties are requested to submit a revised proposed consolidation order reflecting that the cases have been related and the reassignment of *Brewitz*.

**IT IS SO ORDERED**.

Dated: September 5, 2024

_____
RICHARD SEEBORG
Chief United States District Judge